**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTRATA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION and ADOBE SYSTEMS INCORPORATED,<br><br>　　　　Defendants.<br>_____/ | No. C 11-03797 JSW<br><br>**ORDER DENYING STIPULATION WITHOUT PREJUDICE** |

The Court DENIES without prejudice the parties' joint stipulation regarding the briefing schedule on Defendant's motion to dismiss for failure to demonstrate good cause.

**IT IS SO ORDERED.**

Dated: December 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE