| | |
|---|---|
| 1 | BRUCE WECKER (SBN 078530) |
| 2 | CHRISTOPHER LEBSOCK (SBN 184546) |
| | **HAUSFELD LLP** |
| 3 | 44 Montgomery Street, Suite 3400 |
| | San Francisco, CA 94104 |
| 4 | Tel: (415) 633-1908 |
| | Fax: (415) 358-4980 |
| 5 | Email: bwecker@hausfeldllp.com |
| 6 | clebsock@hausfeldllp.com |

*Attorneys for Plaintiff TRISTRATA, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTRATA, INC., a California corporation, | Case No. CV-11-3797 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT ADOBE SYSTEM INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT** |
| v. | |
| MICROSOFT CORPORATION, a Washington corporation and ADOBE SYSTEMS INCORPORATED, a Delaware corporation, | |
| | Complaint Filed: August 1, 2011 |
| Defendants. | Date: March 23, 2012<br>Time: 9:00 a.m.<br>Dept: Courtroom 11, 19th Floor |

Plaintiff TriStrata, Inc. ("Plaintiff") and defendant Adobe Systems Incorporated ("Defendant") (collectively "the Parties"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on November 18, 2011, Defendant served its Notice of Motion and Motion to Dismiss for Failure to State a Claim, or, in the Alternative, Motion for a More Definite Statement; Memorandum of Points and Authorities in Support Thereof ("Motion to Dismiss"), upon Plaintiff;

---

STIP & [PROPOSED] ORDER TO EXTEND TIME FOR PLTF. TO RESPOND TO DEF.'S MOTION TO DISMISS — - 1 - — CASE NO. CV-11-3797 JSW

1  WHEREAS, on November 21, 2011, Defendant filed a Renotice of Motion to Dismiss for Failure to State a Claim, or, in the Alternative, Motion for a More Definite Statement, which moved the hearing for this Motion to Dismiss to March 23, 2012;

WHEREAS, the hearing date for this Motion to Dismiss will not be delayed and will remain set for March 23, 2012;

WHEREAS, no trial date has yet been set in this action;

## I. GOOD CAUSE JUSTIFIES THE REQUESTED EXTENSION

Defendant's Motion to Dismiss is directed at the indirect infringement allegations of the Complaint. The only other defendant in the case, Microsoft Corporation, has answered the complaint. Plaintiff is investigating the possible addition of new material in amendment of the complaint and discussing with counsel for Defendant Adobe System a stipulation for the filing of an Amended Complaint which may moot the motion. The requested 14-day extension in the time for Plaintiff to respond to the Motion to Dismiss is justified in that Plaintiff's investigation requires consultation with former employees of the Plaintiff, all of whom have full time employment with companies with no interest in this suit. The requested extension will not impact the schedule in the case as a whole since the motion is not scheduled to be heard until March 23.

## II. CONCLUSION

Good cause being shown, the Parties request that Plaintiff be permitted an additional 14 days, to and including December 16, 2011 to file its response to the Motion to Dismiss, and Defendant's reply brief be due on or before January 6, 2012.

Dated: December 7, 2011          HAUSFELD LLP

                         By: /s/     Bruce Wecker
                             Bruce Wecker

                         *Attorneys for Plaintiff TriStrata, Inc.*

| | |
|---|---|
| 1 | ADOBE SYSTEMS INCORPORATED |
| 2 | By: /s/ Ian N. Feinberg |
| | Ian N. Feinberg (SBN 88324) |
| 3 | Yakov Zolotorev (SBN 220625) |
| 4 | Marc Belloli (SBN 244290) |
| | FEINBERG DAY ALBERTI & THOMPSON LLP |
| 5 | 401 Florence Street, Suite 200 |
| | Palo Alto, CA 94301 |
| 6 | Tel: (650) 618-4360 |
| | Fax: (650) 618-4368 |
| 7 | Email: ifeinberg@feinday.com |
| 8 | yzolotore@feinday.com |
| | mbelloli@feinday.com |

*Attorneys for Defendant Adobe Systems Incorporated*

IT IS SO ORDERED.

_____
/s/ Jeffrey S. White

Hon. Jeffrey S. White
United States District Court Judge

I, Bruce Wecker, am the ECF user whose ID and password are being used to file this

**STIPULATION AND [PROPOSED] TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT ADOBE SYSTEM INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: December 7, 2011         /s/    Bruce Wecker
                                       Bruce Wecker