| | |
|---|---|
| 1 | Eric L. Wesenberg (SBN 139696) |
| | EWesenberg@perkinscoie.com |
| 2 | Kenneth J. Halpern (SBN 187663) |
| | KHalpern@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| 4 | Palo Alto, CA  94304-1212 |
| | Telephone:  650.838.4300 |
| 5 | Facsimile:  650.838.4350 |
| 6 | Christina J. McCullough (SBN 245944) |
| | CMcCullough@perkinscoie.com |
| 7 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4800 |
| 8 | Seattle, WA  98101-3099 |
| | Telephone:  206.359.8000 |
| 9 | Facsimile:  206.359.9000 |
| 10 | Attorneys for Defendant |
| | Microsoft Corporation |
| 11 | |
| | *Of Counsel:* |
| 12 | |
| | Stephen P. McGrath (SBN 202696) |
| 13 | stevemcg@microsoft.com |
| | MICROSOFT CORPORATION |
| 14 | Building 8 |
| | One Microsoft Way |
| 15 | Redmond, WA 98052-6399 |
| | Telephone:  425.882.8080 |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | TRISTRATA, INC., a California corporation, | Case No. CV 11-3797 JSW |
| 22 | | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 23 | Plaintiff, | |
| 24 | v. | **Date:**   February 3, 2012 |
| | | **Time:**   1:30 p.m. |
| 25 | MICROSOFT CORPORATION, a Washington corporation; and ADOBE SYSTEMS INCORPORATED, a Delaware corporation, | **Dept.:**   Courtroom 11, 19th Floor |
| | | **Before:** Honorable Jeffrey S. White |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

1     WHEREAS, the Case Management Conference is currently set for February 3, 2012 at 1:30 p.m. and the parties' Joint Case Management Statement and Rule 26(f) Report are due January 27, 2012; and

    WHEREAS, counsel for Microsoft has determined that he has a scheduling conflict that renders him unavailable on February 3, 2012, due to an obligation that arose prior to the Court's setting of the Case Management Conference;

    WHEREAS, counsel for all parties to this matter believe that this scheduling conflict constitutes good cause for extending the Case Management Conference date and have further agreed to a two (2) week extension of the Case Management Conference to accommodate said scheduling conflict;

    WHEREAS, the two-week extension continuing the Case Management Conference constitutes a minimal delay that will not alter any deadline already fixed by Court order; and

    WHEREAS, the parties are actively investigating the case, have maintained friendly and open lines of communication with each other, and expect to use to the additional time to engage in further productive discussions;

    NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree as follows:

    1.     The Case Management Conference should be continued from February 3, 2011, at 1:30 p.m., to February 17, 2011, at 1:30 p.m., or to such other date and time as are convenient for the Court;

    2.     The corresponding deadline to file the Joint Case Management Statement and Rule 26(f) Report should be continued to February 10, 2012; and

    3.     The corresponding deadline for the parties to meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and ADR L.R. 3-5 should be continued to January 27, 2012.

41826-3035/LEGAL22276003.1      - 1 -      STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER, NO. CV 11-3797 JSW

DATED: December 13, 2011    PERKINS COIE LLP

By: _/s/ Eric L. Wesenberg_
Eric L. Wesenberg

Attorneys for Defendant
Microsoft Corporation

DATED: December 13, 2011    FEINBERG DAY ALBERTI & THOMPSON LLP

By: _/s/ Ian N. Feinberg_
Ian N. Feinberg

Attorneys for Defendant
Adobe Systems Incorporated

DATED: December 13, 2011    HAUSFELD LLP

By: _/s/ Bruce Wecker_
Bruce Wecker

Attorneys for Plaintiff
TriStrata Incorporated

I, Eric L. Wesenberg, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 13, 2011    PERKINS COIE LLP

By: _/s/ Eric L. Wesenberg_
Eric L. Wesenberg

Attorneys for Defendant
Microsoft Corporation

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, AND WITH GOOD CAUSE APPEARING, IT IS ORDERED THAT:**

1. The Case Management Conference is continued from February 3, 2011, at 1:30 p.m., to February 17, 2011, at 1:30 p.m.;

2. The corresponding deadline to file the Joint Case Management Statement and Rule 26(f) Report is continued to February 10, 2012; and

3. The corresponding deadline for the parties to meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and ADR L.R. 3-5 is continued to January 27, 2012.

DATED: December 14, 2011

Honorable Jeffrey S. White
United States District Judge