BRUCE WECKER (SBN 078530)
CHRISTOPHER LEBSOCK (SBN 184546)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: bwecker@hausfeldllp.com
         clebsock@hausfeldllp.com

*Attorneys for Plaintiff TRISTRATA, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTRATA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation and ADOBE SYSTEMS INCORPORATED, a Delaware corporation,<br><br>Defendants. | Case No. CV-11-3797 JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT** |

PURSUANT to Stipulation, it is ordered that the Plaintiff shall be permitted to file its Amended Complaint.

DATED: December 16, 2011

_____
The Hon. Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT — - 1 - — CASE NO. CV-11-3797 JSW