1 | Eric L. Wesenberg (SBN 139696)
  | EWesenberg@perkinscoie.com
2 | Kenneth J. Halpern (SBN 187663)
  | KHalpern@perkinscoie.com
3 | PERKINS COIE LLP
  | 3150 Porter Drive
4 | Palo Alto, CA 94304-1212
  | Telephone: 650.838.4300
5 | Facsimile: 650.838.4350

6 | Christina J. McCullough (SBN 245944)
  | CMcCullough@perkinscoie.com
7 | PERKINS COIE LLP
  | 1201 Third Avenue, Suite 4800
8 | Seattle, WA 98101-3099
  | Telephone: 206.359.8000
9 | Facsimile: 206.359.9000

10 | Attorneys for Defendant
   | Microsoft Corporation
11 |
   | *Of Counsel:*
12 |
   | Stacy Quan (SBN 138191)
13 | Stacy.Quan@microsoft.com
   | MICROSOFT CORPORATION
14 | One Microsoft Way
   | Redmond, WA 98052-6399
15 | Telephone: 425.882.8080

16

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

19 | SAN FRANCISCO DIVISION

20

21 | TRISTRATA, INC., a California corporation, | Case No. CV 11-3797 JSW
22 |
23 | Plaintiff, | **STIPULATION TO CONTINUE DEADLINES AND [PROPOSED] ORDER**
   | v. |
24 |
25 | MICROSOFT CORPORATION, a WASHINGTON CORPORATION; and ADOBE SYSTEMS INCORPORATED, a Delaware corporation, |
26 |
27 | Defendants. |

28

Plaintiff TriStrata, Inc. and Defendants Microsoft Corporation and Adobe Systems Incorporated, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court has established a Case Schedule providing for the briefing and argument of any disputes between the parties on the construction of any claim terms and related deadlines;

WHEREAS, in light of ongoing settlement discussions between the parties, the parties agree that a three week extension is needed to continue productive settlement discussions;

NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree as follows:

| | **Previous Date** | **New Date** |
|---|---|---|
| Last day for parties to exchange preliminary claim constructions and extrinsic evidence | 6/28/2012 | 7/19/2012 |
| Last day for parties to file Joint Claim Construction and Pre-Hearing Statement | 7/23/2012 | 8/13/2012 |
| Claim construction discovery deadline | 8/22/2012 | 9/12/2012 |
| Last day for Plaintiff to file its opening Claim Construction brief | 9/6/2012 | 9/27/2012 |
| Last day for Defendants to file their Claim Construction opposition briefs | 9/24/2012 | 10/15/2012 |
| Deadline for completion of Private mediation (ADR) | 10/2/2012 | 10/23/2012 |
| Last day for Plaintiff to file its Claim Construction reply brief | 10/4/2012 | 10/25/2012 |
| Claim Construction Tutorial | 10/16/2012, 1:30 PM | 11/6/2012, 1:30 PM |
| Last day for parties to exchange exhibits for the Claim Construction hearing | 10/22/2012 | 11/13/2012 |
| Claim Construction hearing | 10/23/2012, 1:30 PM | 11/14/2012, 1:30 PM |

/ / /

/ / /

/ / /

/ / /

1     **IT IS SO STIPULATED.**

2   DATED: June 19, 2012           PERKINS COIE LLP

                                          By: */s/ Eric L. Wesenberg*
                                                  Eric L. Wesenberg

                                          Attorneys for Defendant
                                          Microsoft Corporation

DATED: June 19, 2012           FEINBERG DAY ALBERTI & THOMPSON LLP

                                          By: */s/ Marc Belloli*
                                                  Marc Belloli

                                          Attorneys for Defendant
                                          Adobe Systems Incorporated

DATED: June 19, 2012           HAUSFELD LLP

                                          By: */s/ Bruce Wecker*
                                                  Bruce Wecker

                                          Attorneys for Plaintiff
                                          TriStrata Incorporated

    I, Eric L. Wesenberg, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: June 19, 2012           PERKINS COIE LLP

                                          By: /s/ *Eric L. Wesenberg*
                                                  Eric L. Wesenberg

                                          Attorneys for Defendant
                                          Microsoft Corporation

1  [PROPOSED] ORDER

2  PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, AND

3  WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

4

5  DATED: June 19, 2012                    /s/ Jeffrey S. White

6                                          Hon. Jeffrey S. White
                                            United States District Judge