IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRISTRATA, INC.,

    Plaintiff,

v.

MICROSOFT CORPORATION and ADOBE SYSTEMS INCORPORATED,

    Defendants.

No. C 11-03797 JSW

**ORDER DENYING STIPULATION AND RESETTING DATES**

The Court DENIES the parties' joint stipulation to set an earlier hearing date on Defendants' motion to strike. The hearing on the motion to strike remains set for January 18, 2013 at 9:00 a.m. Accordingly, the tutorial is CONTINUED to January 23, 2013 at 1:30 p.m. and the claims construction hearing is CONTINUED to January 30, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 16, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE