| | |
|---|---|
| Bruce Wecker (SBN 078530)<br>bwecker@hausfeldllp.com<br>Christopher L. Lebsock (SBN 184546)<br>clebsock@hausfeldllp.com<br>HAUSFELD LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415.633.1908<br>Fax: 415.358.4980<br><br>Attorneys for Plaintiff<br>TRISTRATA, INC. | Ian N. Feinberg (SBN 88324)<br>ifeinberg@feinday.com<br>Yakov Zolotorev (SBN 224260)<br>yzolotorev@feinday.com<br>Marc Belloli (SBN 244290)<br>mbelloli@feinday.com<br>FEINBERG DAY ALBERTI &<br>THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>Tel: 650.618.4360<br>Fax: 650.618.4368 |

Eric L. Wesenberg, (SBN 139696)
EWesenberg@perkinscoie.com
Kenneth J. Halpern (SBN 187663)
KHalpern@perkinscoie.com
Brock S. Weber (SBN 261383)
BWeber@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant ADOBE SYSTEMS INCORPORATED

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISTRATA, INC., a California corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION, a WASHINGTON CORPORATION; and ADOBE SYSTEMS INCORPORATED, a Delaware corporation,<br><br>            Defendants. | Case No. CV 11-3797 JSW<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE AND [PROPOSED] ORDER** |

STIPULATION TO CONTINUE DEADLINE &
[PROPOSED] ORDER, NO. CV 11-3797 JSW

Plaintiff TriStrata, Inc. and Defendants Microsoft Corporation and Adobe Systems Incorporated, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court previously set a deadline of November 13, 2012 for the exchange of exhibits for the Claim Construction Hearing, which was to be held on November 14, 2012 (Dkt. No. 52);

WHEREAS, the Court has continued the claim construction tutorial until January 23, 2013 and has continued the Claim Construction Hearing until January 30, 2013 (Dkt. No. 67);

NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree that the schedule in this action shall be modified as follows:

|  | **Previous Date** | **New Date** |
|---|---|---|
| Last day for parties to exchange exhibits for the Claim Construction hearing | **11/13/2012** | **1/29/2013** |

**IT IS SO STIPULATED.**

DATED: November 15, 2012            PERKINS COIE LLP

By:  _____/s/ Eric L. Wesenberg_____
         Eric L. Wesenberg

Attorneys for Defendant
Microsoft Corporation

DATED: November 15, 2012            FEINBERG DAY ALBERTI & THOMPSON LLP

By:  _____/s/ Marc Belloli_____
         Marc Belloli

Attorneys for Defendant
Adobe Systems Incorporated

DATED: November 15, 2012            HAUSFELD LLP

By:  _____/s/ Bruce Wecker_____
         Bruce Wecker

Attorneys for Plaintiff
TriStrata Incorporated

1 **[PROPOSED] ORDER**

2 PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, AND

3 WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

4

5 DATED: November 16, 2012 _____

6 Hon. Jeffrey S. White
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28