1   Bruce Wecker (SBN 078530)                    Ian N. Feinberg (SBN 88324)
    bwecker@hausfeldllp.com                      ifeinberg@feinday.com
2   Christopher L. Lebsock (SBN 184546)          Yakov Zolotorev (SBN 224260)
    clebsock@hausfeldllp.com                     yzolotorev@feinday.com
3   HAUSFELD LLP                                 Marc Belloli (SBN 244290)
    44 Montgomery Street, Suite 3400             mbelloli@feinday.com
4   San Francisco, CA 94104                      FEINBERG DAY ALBERTI &
    Tel:  415.633.1908                           THOMPSON LLP
5   Fax:  415.358.4980                           401 Florence Street, Suite 200
                                                 Palo Alto, CA 94301
6   Attorneys for Plaintiff                      Tel: 650.618.4360
    TRISTRATA, INC.                              Fax: 650.618.4368
7
    Eric L. Wesenberg, (SBN 139696)              Attorneys for Defendant ADOBE
8   EWesenberg@perkinscoie.com                   SYSTEMS INCORPORATED
    Kenneth J. Halpern (SBN 187663)
9   KHalpern@perkinscoie.com
    Brock S. Weber (SBN 261383)
10  BWeber@perkinscoie.com
    PERKINS COIE LLP
11  3150 Porter Drive
    Palo Alto, CA 94304-1212
12  Telephone:  650.838.4300
    Facsimile:  650.838.4350
13
    Attorneys for Defendant
14  MICROSOFT CORPORATION

15                      UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19
    TRISTRATA, INC., a California            Case No. CV 11-3797 JSW
20  corporation,

21              Plaintiff,                   **JOINT STIPULATION TO CONTINUE
                                             CLAIM CONSTRUCTION HEARING AND**
22        v.                                 **[PROPOSED] ORDER**

23  MICROSOFT CORPORATION, a
    WASHINGTON CORPORATION; and
24  ADOBE SYSTEMS INCORPORATED, a
    Delaware corporation,
25
                Defendants.
26

27

28

                                            STIPULATION TO CONTINUE DEADLINE &
                                            [PROPOSED] ORDER, CASE NO. CV 11-3797 JSW

1    Plaintiff TriStrata, Inc. and Defendants Microsoft Corporation and Adobe Systems

2    Incorporated, by and through their undersigned counsel, hereby stipulate and agree as follows:

3    WHEREAS, the Court previously set the claim construction tutorial for January 23,

4    2013 and the Claim Construction Hearing for January 30, 2013 (Dkt. No. 67);

5    WHEREAS, TriStrata's Expert cannot be present for the Tutorial on that date;

6    NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree

7    that the schedule in this action shall be modified as follows:

|   | **Previous Date** | **New Date** |
|---|---|---|
| Tutorial | **1/23/2013** | **5/1/2013 1:30pm** |
| Last day for parties to exchange exhibits for the Claim Construction hearing | **1/29/2013** | **5/7/2013** |
| Claims Construction Hearing | **1/30/2013** | **5/8/2013 1:30pm** |

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

- 1 -

1     **IT IS SO STIPULATED.**

2     DATED: December 12, 2012        PERKINS COIE LLP

3

4                                     By: _/s/ Eric L. Wesenberg_
                                          Eric L. Wesenberg

5                                     Attorneys for Defendant
                                      Microsoft Corporation
6

7     DATED: December 12, 2012        FEINBERG DAY ALBERTI & THOMPSON LLP

8

9                                     By: _/s/ Marc Belloli_
                                          Marc Belloli

10                                    Attorneys for Defendant
                                      Adobe Systems Incorporated
11

12    DATED: December 12, 2012        HAUSFELD LLP

13

14                                    By: _/s/ Bruce Wecker_
                                          Bruce Wecker

15                                    Attorneys for Plaintiff
                                      TriStrata Incorporated
16

17

18

19          I, Bruce J. Wecker, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

20    concurrence to the filing of this document has been obtained from each signatory hereto.

21    DATED: December 12, 2012        HAUSFELD LLP

22

23                                    By: _/s/ Bruce Wecker_
                                          Bruce Wecker

24                                    Attorneys for Plaintiff
                                      TriStrata Incorporated
25

26

27

28

- 2 -        STIPULATION TO CONTINUE DEADLINE &
             [PROPOSED] ORDER, CASE NO. CV 11-3797 JSW

1

**[PROPOSED] ORDER**

2          PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, AND

3   WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

4

5   DATED: _____                    _____

6                                                         Hon. Jeffrey S. White
                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE DEADLINE &
[PROPOSED] ORDER, CASE NO. CV 11-3797 JSW