**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRISTRATA, INC.,

    Plaintiff,

  v.

MICROSOFT CORPORATION and ADOBE SYSTEMS INCORPORATED,

    Defendants.

No. C 11-03797 JSW

**ORDER VACATING HEARING ON MOTION TO STRIKE**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to strike which has been noticed for hearing on Friday, January 18, 2013 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: January 15, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:11-cv-03797-JSW Document76 Filed01/15/13 Page2 of 2