UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTRATA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>        Defendants. | Case No.  11-cv-03797-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 100 |

Before the Court is Defendants' Renewed Motion to Strike Portions of Tristrata's Technology Tutorial.  Dkt. No. 100.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for July 18, 2013, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: June 13, 2013

_____
JON S. TIGAR
United States District Judge