United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRISTRATA, INC.,

        Plaintiff,

    v.

MICROSOFT CORPORATION, et al.,

        Defendants.

Case No.  11-cv-03797-JST

**ORDER VACATING MOTION HEARING**

Re: ECF No. 123

Before the Court is Tristrata, Inc.'s Motion to Supplement the Record on Claim Construction.  ECF No. 123.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for October 17, 2013, is hereby VACATED.

    **IT IS SO ORDERED**.

Dated:  October 15, 2013

_____

JON S. TIGAR
United States District Judge